DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

**FILED**

DEC 07 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    GERALD A. LIBERATORE, SR. and LILE LIBERATORE

Chapter 13
Case No. 04-3-2624 SFC13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $1,122.76 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 036 | CLERK OF THE COURT FOR GREEN TREE SERVICING LLC 7360 S DYRENE RD T-113 TEMPE, AZ 85283 | $1,122.76 |

Dated: December 3, 2009

_____
CECILIA MARCELO
Receipts Administrator